# BORIS SAGALOVICH, M.D., P.C., F.C.C.P., F.A.A.S.M.

PULMONARY AND SLEEP MEDICINE
BOARD CERTIFIED IN PULMONARY DISEASES
DIPLOMATE, AMERICAN BOARD OF SLEEP MEDICINE

1664 East 14th Street
Suite 501
Brooklyn, NY 11229

Telephone: (718) 339-4800
Fax: (718) 375-2519
bsagalov@msn.com

111-15 Queens Blvd., 2nd Floor
Forest Hills, NY 11375

---

04.29.10

Re: Sharon, Levi
SS#

To Whom IT May Concern:

The above patient is under my care with the diagnosis of Obstructive Sleep Apnea Syndrome (Severe) and COPD.

The patient's current medications included:
Advair 500/50 bid
Spiriva 1c qD
Proventil PRN

The patient needs to use electrical device CPAP @ 10 cm/H₂O every

Sincerely,
(Boris Sagalov)

[Stamp: BORIS SAGALOVICH, M.D., P.C. 1664 East 14th Street Brooklyn, N.Y. 11229 Tel. (718) 339-4800]